IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ADAM E. LANE                                                                                              PETITIONER
ADC #151373

v.                                              Case No. 5:19-cv-00064-KGB

WENDY KELLEY, Director,                                                                      RESPONDENT
Arkansas Department of Correction

## ORDER

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Adam E. Lane's petition and denies the requested relief.

So adjudged this the 18th day of February, 2020.

Kristine G. Baker
United States District Judge